HENRY T. MARTIN, Respondent, *v.* NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.

*negligence.*

(Argued October 15, 1930; decided November 18, 1930.)

*William H. Hall* and *Edward Ward McMahon* for appellant.

*Charles D. Lewis* and *Thomas J. O' Neill* for respondent.

Judgment affimed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.